**PRINDLE, GOETZ, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dclassen@prindlelaw.com
TARG-0447
Attorneys for Defendant, TARGET CORPORATION,
erroneously served and sued herein as TARGET
CORPORATION, a corporate entity

# UNITED STATES DISCTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

PASCUALA HOLGUIN, an individual,

       Plaintiff,

v.

TARGET CORPORATION, a corporate
entity; and DOES 1 to 50, Inclusive,

       Defendants.

CASE NO.: 2:18-cv-03136-R (RAOx)

**ORDER REGARDING STIPULATION
FOR DISMISSAL OF DEFENDANT,
TARGET CORPORATION**

     Pursuant to Rule 41(a)(1), the settlement reached by the parties and the
Stipulation for Dismissal, the Court hereby dismisses the complaint, with prejudice.

     IT IS SO ORDERED

DATED:    October 17, 2018

_____
U.S. District Judge Manuel L. Real